# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RICKY L. PATTERSON, | ) | CHAPTER 13 |
| THELMA L. PATTERSON, | ) | CASE NO. 17-32457 |
| | ) | |
| DEBTORS. | ) | |

## MOTION TO LIFT CO-DEBTOR STAY

TO THE HONORABLE WILLIAM R. SAWYER, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Kredit King, Inc., hereinafter Petitioner, a creditor in the above-styled cause, and moves this Honorable Court to lift the Co-Debtor stay pursuant to §1301 of the Bankruptcy Code currently protecting one, Kristi Patterson. As grounds therefore, Petitioner relies on the following:

1. The Debtor filed this voluntary Chapter 13 case on to-wit; August 29, 2017.

2. There is a Co-Debtor on this account, specifically one, Kristi Patterson.

3. Petitioner requests that the court lift the Co-Debtor stay to allow it to proceed against Kristi Patterson for the unsecured balance, plus interest and attorney's fees.

WHEREFORE, THE PREMISES CONSIDERED, Petitioner moves this Honorable Court to lift the Co-Debtor stay pursuant to §1301 of the Bankruptcy Code so that Petitioner may attempt to collect all amounts of its claim.

Respectfully submitted,

PARNELL & PARNELL, P.A.

/s/ Charles N. Parnell, III
CHARLES N. PARNELL, III
Attorneys for Petitioner
P.O. Box 2189
Montgomery, Alabama 36101-2189
(334) 832-4200

CERTIFICATE OF SERVICE

      I hereby certify that I have this day electronically filed or placed in the U.S. Mail, postage prepaid, an exact copy of the foregoing Motion to Lift Co-Debtor Stay, this the __13th__ day of November, 2017.

Hon. Sabrina McKinney
Trustee
P.O. Box 173
Montgomery, Alabama 36104

Hon. Teresa Jacobs
Bankruptcy Court Adm.
One Church Street
Montgomery, Alabama 36104

Hon. Richard Shinbaum
Attorney for Debtor
P.O. Box 201
Montgomery, Alabama 36101-0201

Ricky & Thelma Patterson
Debtors
1605 Eastern Ridge Court
Montgomery, Alabama 36110

Kristi Patterson
Co-Debtor
2843 Willena Avenue
Montgomery, Alabama 36107

  /s/ Charles N. Parnell, III
CHARLES N. PARNELL, III

Case 17-32457    Doc 24    Filed 11/13/17    Entered 11/13/17 14:17:38    Desc Main
Document    Page 2 of 2