UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  
Ricky L Patterson and Thelma L Patterson,

    Debtors.

Case No. 17−32457  
Chapter 13

## NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on December 11, 2017 at 09:15 AM

to consider and act upon the following:

*24* − Motion for Relief from Co−Debtor Stay filed by Charles N. Parnell III on behalf of Kredit King, Inc.. (Parnell, Charles)

The automatic stay shall remain in effect until final disposition of this motion.

Dated November 14, 2017

*/s/ Juan-Carl Guerrero*

Juan−Carlos Guerrero  
Clerk of Court

```
                          United States Bankruptcy Court
                           Middle District of Alabama
```

In re:                                                    Case No. 17-32457-DHW
Ricky L Patterson                                         Chapter 13
Thelma L Patterson
      Debtors

# CERTIFICATE OF NOTICE

District/off: 1127-2          User: jmclain            Page 1 of 1            Date Rcvd: Nov 14, 2017
                              Form ID: ntchrgBK        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2017.
db/jdb         +Ricky L Patterson,   Thelma L Patterson,   1605 Eastern Ridge Court,
                 Montgomery, AL 36110-3208
cr             +Kredit King, Inc.,   Parnell & Parnell, P.A.,   P.O. Box 2189,   Montgomery, AL 36102-2189
3855825         Kredit King, Inc.,   c/o Parnell & Parnell, P.A.,   P.O. Box 2189,   Montgomery, AL 36102-2189

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2017 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Charles N. Parnell, III    on behalf of Creditor    Kredit King, Inc. bkrp@parnellsoutheast.com
              Leonard N. Math    on behalf of Creditor    THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, AN
               AFFILIATE OF UAB HEALTH SYSTEM DBA BAPTIST EAST noticesmd@chambless-math.com
              Richard C. Dean, Jr.    on behalf of Creditor    Republic Finance, LLC rdean@mindspring.com,
               scrawford@deanlawfirm.org
              Richard D. Shinbaum    on behalf of Joint Debtor Thelma L Patterson rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Richard D. Shinbaum    on behalf of Debtor Ricky L Patterson rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
                                                                                             TOTAL: 7